F. L. DE HOSTOS & Co., demandante-apelante-apelada, *v.* JOSÉ E. MADERA, demandado-apelado-apelante.

No. 5594.—*Sometido:* Julio 13, 1931.  *Resuelto:* Julio 21, 1931.

*E. H. F. Dottin,* abogado del demandante-apelante;  *C. Honoré,* abogado del demandado-apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

La apelante, quien había obtenido sentencia, solicitó un mandamiento de embargo para cubrir ciertos fondos adeudados al demandado y que estaban en poder del Tesorero de Puerto Rico.  Posteriormente la corte anuló el embargo por el fundamento de que el certificado incautado no era embargable de acuerdo con la decisión de este tribunal en *Crédito & Ahorro Ponceño* v. *Colón,* 36 D.P.R. 341.  La demandante

apeló, y el demandado solicita la desestimación del recurso por frívolo.

La apelante radicó un alegato en el que sostiene que las reglas relativas a fondos en poder del Gobierno han sido variadas por la Ley de 1928, permitiendo pleitos adicionales contra El Pueblo de Puerto Rico. Si bien tenemos algunas dudas no estamos convencidos de que no puede haber algún mérito en la apelación.

*Se declara sin lugar la moción.*